IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:10CV18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ENTRY OF DEFAULT |
| | ) | |
| v. | ) | AGAINST |
| | ) | |
| 400 Roper Street, Morganton, North Carolina, being real property as described in a deed at Book 431, Page 468, of the Registry of Burke County, North Carolina, together with the residences, and all appurtenances, improvements, and attachments thereon, | ) ) ) ) ) ) ) ) | ROY NELSON PATTON, SR. AND HAROLD EUGENE PATTON |
| | ) | |
| Defendant. | ) | |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal notice has either been accomplished or attempted as evidenced by the underlying Motion and the record, including the Court's file, and that

ROY NELSON PATTON, SR. AND HAROLD EUGENE PATTON

have not filed any response, claim, or other pleading in this matter, or have withdrawn such pleading, it appears that there has been failure to plead or otherwise defend as required applicable rules ans statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

Signed: October 29, 2010

_____
Frank G. Johns, Clerk
United States District Court