THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGMENT BY DEFAULT, |
| | ) | |
| vs. | ) | ENTRY OF JUDGMENT, |
| | ) | |
| 400 Roper Street, Morganton, North Carolina, being real property as described in a deed at Book 431, Page 468, of the Registry of Burke County, North Carolina, together with the residences, and all appurtenances, improvements, and attachments thereon, | ) ) ) ) ) ) ) ) ) | AND FINAL ORDER OF FORFEITURE |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Motion of the United States for an Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881 [Doc. 43] and the Government's Supplemental Briefs filed in support thereof [Docs. 45, 49]. For the reasons

stated in the Government's Motion, as supplemented, and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

> **400 Roper Street, Morganton, North Carolina, being real property as described in a deed at Book 431, Page 468, of the Registry of Burke County, North Carolina, together with the residences, and all appurtenances, improvements, and attachments thereon;**

[Doc. 43] is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

2

Case 1:10-cv-00018-MR-DLH   Document 50   Filed 04/03/12   Page 2 of 3

**IT IS SO ORDERED.**

Signed: April 3, 2012

Martin Reidinger
United States District Judge